**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
VOLTDELTA RESOURCES LLC,

    Plaintiff,

    -against-

GOLDEN VOICE TECHNOLOGY
AND TRAINING, L.L.C.,

    Defendant.
-----------------------------------------------------------X

Case No. 08 CV 2033
(Judge Rakoff)

AFFIDAVIT OF SERVICE

STATE OF FLORIDA  )
    S.S.:
COUNTY OF BREVARD  )

    HOWARD CUMMINGS, being duly sworn, deposes and says that he is over the age of eighteen years, is an agent of the attorney service, D.L.S., Inc., and is not a party to this action.

    That on the 6th day of March, 2008, at approximately the time of 10:25 AM, deponent served a true copy of the SUMMONS IN A CIVIL ACTION; COMPLAINT FOR DECLARATORY JUDGMENT OF PATENT NON-INFRINGEMENT AND INDIVIDUALITY (U.S. PATENT NO. RE. 35,758); AND RULE 7.1 STATEMENT upon GOLDEN VOICE TECHNOLOGY AND TRAINING, L.L.C. at 4315 Woodland Park Drive, Suite 104, West Melbourne, FL, by personally delivering and leaving the same with PHILIP DERNIN who informed deponent that he holds the position of Agent with that company and is authorized by appointment to receive service at that address.

    PHILIP DERNIN is a white male, approximately 55 years of age, stands approximately 6 feet 2 inches tall, weighs approximately 250 pounds with black hair.

*[signature]* C.P.S. #221
HOWARD CUMMINGS

Sworn to before me this
13 day of March, 2008

*[signature]*
NOTARY PUBLIC

D.L.S., Inc.
401 Broadway
Ste 510
NY, NY 10013
212-925-1220
www.dlsny.com

MARY
Notary Public, State...
My comm. expires...