

## Demovsky Lawyer Service
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------X

VOLTDELTA RESOURCES LLC,

        Plaintiff,                 Case No. 08 CV 2033
                                  (Judge Rakoff)

        -against-                 AFFIDAVIT OF SERVICE

GOLDEN VOICE TECHNOLOGY
AND TRAINING, L.L.C.

        Defendant.

--------------------------------------------------------X

STATE OF ILLINOIS    )
                 S.S.:
COUNTY OF COOK    )

_Michael Jenson_ , being duly sworn, deposes and says that he/she is over the age of eighteen years, is an agent of the attorney service, D.L.S., Inc., and is not a party to this action.

That on the 6th day of March, 2008, at approximately the time of _1:30PM_, deponent served a true copy of the SUMMONS IN A CIVIL ACTION; COMPLAINT FOR DECLARATORY JUDGMENT OF PATENT NON-INFRINGEMENT AND INVALIDITY (U.S. PATENT NO. RE. 35,758); AND RULE 7.1 STATEMENT upon GOLDEN VOICE TECNOLOGY AND TRAINING, L.L.C. at Kenilwood MMARS Corp., MGRM, 600 Central Avenue, Suite 365, Highland, IL, by personally delivering and leaving the same with _Wendy Famularo_ who informed deponent that _she_ holds the position of _Adm._ with that company and is authorized by appointment to receive service at that address.

_Wendy Famularo_ is a _white female_, approximately _40_ years of age, stands approximately _5_ feet _7_ inches tall, weighs approximately _135_ pounds with _Brown_ hair.

PROCESS SERVER

Sworn to before me this
___ day of March, 2008

NOTARY PUBLIC

OFFICIAL SEAL
BETHZAIDA PEREZ
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 7-22-2010

D.L.S., Inc.
101 Broadway
Ste 510
NY, NY 10013
212-925-1220
www.dlsny.com