**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
VOLTDELTA RESOURCES LLC,

        Plaintiff,

        Case No. 08 CV 2033
        (Judge Rakoff)

      -against-

        AFFIDAVIT OF SERVICE

GOLDEN VOICE TECHNOLOGY
AND TRAINING, L.L.C.

        Defendant.
-----------------------------------------------------------X
STATE OF FLORIDA  )
        S.S.:
COUNTY OF DADE  )

Avel Arnera, being duly sworn, deposes and says that he/she is over the age of eighteen years, is an agent of the attorney service, D.L.S., Inc., and is not a party to this action.

That on the 5th day of March, 2008, at approximately the time of 4:26 PM, deponent served a true copy of the SUMMONS IN A CIVIL ACTION; COMPLAINT FOR DECLARATORY JUDGMENT OF PATENT NON-INFRINGEMENT AND INVALIDITY (U.S. PATENT NO. RE. 35,758); AND RULE 7.1 STATEMENT upon GOLDEN VOICE TECHNOLOGY AND TRAINING, L.L.C. c/o NRAI Services, Inc. at 2731 Executive Park Drive, Weston, FL, by personally delivering and leaving the same with Alima Silvers who informed deponent that she holds the position of _____ with that company and is authorized by appointment to receive service at that address.

Alima Silvers is a Black Woman, approximately 30 years of age, stands approximately 5 feet 4 inches tall, weighs approximately 150 pounds with Black hair.

PROCESS SERVER

Sworn to before me this
18th day of March, 2008

NOTARY PUBLIC

D.L.S., Inc.
401 Broadway
Ste 510
NY, NY 10013
212-925-1220
www.dlsny.com