IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VOLT DELTA RESOURCES LLC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No.: 1:08-CV-2033 (JSR) |
| v. | ) |
| | ) |
| GOLDEN VOICE TECHNOLOGY AND | ) |
| TRAINING L.L.C., | ) |
| | ) |
| Defendant. | |

## GOLDEN VOICE TECHNOLOGY AND TRAINING LLC'S RULE 7.1 STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Golden Voice Technology and Training LLC ("Golden"), by its undersigned attorneys, hereby discloses that Golden is a wholly owned non-public corporation, and that there are no corporate parents, affiliates and/or subsidiaries of said party.

Dated: New York, New York
       March 27, 2008

FOLEY & LARDNER LLP

/s/ Jeremy L. Wallison
Jeremy L. Wallison (JW 6707)
90 Park Avenue
New York, New York 10016
Tel: 212.338.3412
Fax: 212.687.2329

-and-

BELL, BOYD & LLOYD LLC
Gregory P. Sitrick
(*pro hac vice* application to be made)
70 W. Madison Street, Suite 3100
Chicago, IL 60602
Tel: 312.578.6845
Fax: 312.345.998