IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VOLT DELTA RESOURCES LLC. )<br>)<br>Plaintiff, )<br>v. )<br>)<br>GOLDEN VOICE TECHNOLOGY AND )<br>TRAINING L.L.C., )<br>)<br>)<br>Defendant. ) | Civil Action No.: 1:08-CV-2033 (JSR) |

## CERTIFICATE OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

Sarah Jeffers, being duly sworn, deposes and says:

Deponent is not a party to the action, is over 18 years of age and my current business address is Foley & Lardner LLP, 90 Park Avenue, New York, New York, 10016.

That on the 27th day of March, 2008, deponent served **GOLDEN VOICE TECHNOLOGY AND TRAINING LLC'S RULE 7.1 STATEMENT** via United States first class mail upon the following party:

Sharon H. Stern
Troutman Sanders LLP(NYC)
405 Lexington Avenue
New York, NY 10174

 /s/ Sarah A. Jeffers
Sarah A. Jeffers

NYC_218159.1