IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VOLT DELTA RESOURCES LLC. ) <br> ) <br> Plaintiff, ) <br> ) Civil Action No.: (JSR) 1:08-CV-2033 <br> v. ) <br> ) <br> GOLDEN VOICE TECHNOLOGY AND ) <br> TRAINING L.L.C., ) <br> ) <br> Defendant. ) | |

### STIPULATION OF ADJOURNMENT

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the Plaintiff and Defendant, as follows:

1. The date Defendant Golden Voice Technology and Training L.L.C. shall answer or otherwise respond to the Complaint shall be extended to April 11.

2. For purposes of this Stipulation, facsimile signatures and photocopies shall have the same force and effect as originals.

3. This Stipulation may be executed in counterparts, which together shall constitute an original and binding Stipulation.

Dated: New York, New York
March 27, 2008

TROUTMAN SANDERS LLP

By: _____
Sharon H. Stern, (SS 3185)
The Chrysler Building
405 Lexington Avenue
New York, New York 10174
(212) 704-6000
Attorneys for Plaintiff

FOLEY & LARDNER LLP

By: _____
Jeremy Wallison (JW 6707)
90 Park Avenue
New York, NY 10016
212.338.3412
Attorneys for Defendant

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-1-08

BELL, BOYD & LLOYD LLC

By: _____
Gregory J. Sitrick (*pro hac vice* to be made)
70 West Madison, Ste 3100
Chicago, Illinois 60602
(312) 372-1121
Attorneys for Defendant

SO ORDERED:
_____
USDJ
3-28-08