UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

VOLTDELTA RESOURCES LLC,   Civ. Action No.. 08-2033(JSR)

                Plaintiff,

      – against –

GOLDEN VOICE TECHNOLOGY AND
TRAINING, L.L.C.

                Defendant.

------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-13-08
```

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the parties hereto, that the above-entitled action, including all claims and counterclaims, shall be and hereby is dismissed with prejudice, pursuant to Rule 41 of the Federal Rules of Civil Procedure, with each party to bear its own costs.

Dated: New York, New York
       May 8, 2008

**Troutman Sanders LLP**

By: _____
   Sharon Stern (SS 3788)
   The Chrysler Building
   405 Lexington Avenue
   New York, NY  10174
   (212) 704-6000
   Attorneys for Plaintiff

**Foley & Lardner LLP**

By: _____
   Jeremy Wallison (JW 6707)
   90 Park Avenue
   New York, NY  10016
   (212) 338-3412
   Attorneys for Defendant

SO ORDERED,
_____
JED S. RAKOFF, U.S.D.J

5-12-08